**Randy Craig TEINERT, Appellant,**

**v.**

**Rachel K. PAULOS, Appellee.**

No. 08–2605.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 3, 2009.

Filed: Aug. 14, 2009.

---

Randy Craig Teinert, Plymouth, MN, pro se.

Cameron Hayden, U.S. Attorney's Office, Bismarck, ND, for Appellee.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Randy Teinert appeals from the district court's[1] order dismissing his complaint for lack of jurisdiction and failure to state a claim. Upon de novo review, *see Hastings v. Wilson*, 516 F.3d 1055, 1058 (8th Cir. 2008), we conclude that dismissal was proper for the reasons stated by the district court. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.